FILED _____ ENTERED
LOGGED _____ RECEIVED

APR 20 2020

CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Shareef R. Karah
7-16-71
401 E. Madison St.
Balt. Md 21202
#1234682

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Chesapeake Detention
Facility
401 E. Madison St.
Balt., Md 21202

*(Full name and address of respondent)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____

      Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

      _____

## REPRESENTING YOURSELF

- Your complaint will be reviewed by the Court to make certain it is filled out properly. If additional information is needed, you will be notified.

- A judge will be assigned and a case number will be provided for your case.

- PUT YOUR CASE NUMBER ON ALL DOCUMENTS you send to the Clerk concerning your case.

- Everything you file in your case should be addressed to:

  Clerk of Court                    or        Clerk of Court
  U.S. District Court                         U.S. District Court
  101 W. Lombard Street                       6500 Cherrywood Lane
  Baltimore, Maryland 21201                   Greenbelt, Maryland 20770

- You MUST notify the Court in writing of any change in your address while your case is pending. Failing to do so may result in dismissal of your complaint.

- DO NOT try to communicate directly with the judge assigned to your case.

- If you want to request that something be done in your case you must file a motion or other document with the Clerk.

- After the defendants have been served, most will have an attorney representing them and their attorney will receive electronic notification of all documents that you file in the case; therefore, you no longer need to send copies of those documents to the attorney.

- For any defendants that DO NOT HAVE AN ATTORNEY, you will need to mail a copy of whatever you file in the case directly to them and indicate that you have done so by preparing a certificate of service on the final page.

- Exhibits or documents already filed a defendant do not need to be filed again; rather, you simply refer to the exhibit or document that is already filed.

- You must sign all of the documents you file.

- It is not necessary to state in the certificate of service that copies were sent to the Court or to the Clerk.

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☑

   1. If you answered YES:

      a. What was the result? _____

      _____

      b. Did you appeal? _____

         YES ☐   NO ☑

   2. If you answered NO to either of the questions above, explain why: No one never told me write to the Administrative or put in a grievance in about this matter. I just wrote to Medical about this matter.

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Since I started (1-19-20) taking this medication Amitriptyline, I been having side effects. My chest nipples was dischanging, trouble sleeping swellings of my testicles and skin rash. As of today April 6, 2020 my left side of my chest is swelling.

## III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

I am a Man, I was born as a Man, I am not a Transagender NOR I am NOT Gay, But it is Nothing Wrong for who you are or what you like; I am embassing I have Breast and I am a father of 7 Daughters 1 Son-

III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

And I have 4 1/2 Grand kids: I am Mental Damage: The Amitriptyline Medication that chesapeake Detention facility Medical staff gave Me here at chesapeake Detention facility, started on (1-19-19) it was suppose to be

Instructions&Form1983 (06/2016)                                         Page 7 of 13

for my back problems:

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

But the Medication was Antidepressant: Amitriptyline is used to treat symptoms of depression. I do not have No signs of depression. So Now my left-side of my Breast is swelling form this Medication.

Instructions&Form1983 (06/2016)                                                                                                   Page 7 of 13

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

No one Never told Me about these side effects. So on (2-27-20) this Medical Amitriptyline Stop. And then they started giving Me Abilify and this cause the same side effects.

Instructions&Form1983 (06/2016)                                                                 Page 7 of 13